# Exhibit C

**Bond** 3015734

## LEASE BOND

KNOW ALL BY THESE PRESENTS, That we, <u>Medici 1150 N. American Street, LLC,</u>

<u>a Delaware Limited Liability Company</u> _____ as Principal

and primary obligor and <u>Great American Insurance Company</u> _____ as Surety and

secondary obligor, are firmly bound unto <u>R.S. Ingersoll, LLC</u>

as Obligee in the penal sum of <u>Five Hundred Fifty Thousand and 00/100 Dollars</u>

_____ (\$ 550,000.00 _____ ), lawful money of the United States of America,
to be paid to the said Obligee, do hereby bind ourselves firmly by these presents.

WHEREAS, the Principal has <u>entered into a certain Lease Agreement</u>

NOW THEREFORE, this bond is executed by the Principal and Surety and accepted by the Obligee upon the following express conditions:

1) The liability of the Surety on this bond shall not exceed the sum of <u>Five Hundred Fifty Thousand and 00/100 Dollars</u>
(\$ 550,000.00 _____ ) dollars in the aggregate.

2) In the event of any default of the Principal herein, the Surety shall be given written notice by the Obligee expressly declaring
Principal's default within thirty days after such default by certified mailed to the Surety at its office, at <u>Great American Insurance</u>
<u>Company; Attn Bond Claims Dept; 301 East Fourth Street, 24th Floor; Cincinnati, Ohio 45202</u>

3) No action suit or proceeding either at law or in equity shall be maintained against the Surety unless such action, suit or proceeding is
commenced within three (3) months after the termination of this bond.

4) It is further understood that this bond may be canceled at anytime by the Surety upon giving thirty (30) days notice, by certified
mail, to the Obligee in which event the liability of the Surety shall terminate at the expiration of ninety (30) days except to any
liability that may have arrived prior to the expiration of the thirty (30) days. Express written consent by the Obligee is required to cancel the
bond, and said consent will be issued upon the Principal's compliance with its obligations pursuant to the Lease Agreement.

5) The Obligee may make declare the Principal in default at any moment of non-compliance, the terms and conditions of such non-compliance
being set forth in full in the Ramp Lease Agreement.

6) This Bond expires on <u>7/16/2021</u> _____ , and is subject to annual renewal at the current value established in the Ramp Lease
Agreement during the term set forth therein to guarantee the bonded obligations set forth in the Lease Agreement. The Surety accepts that
the penal sum of the Bond will not be reduced for any reason other than express written consent of the Obligee.

This bond is to be effective <u>7/16/2020</u>

SIGNED, SEALED AND DATED, this <u>16th</u> _____ day of <u>July</u> _____ , 2020 .

<u>Medici 1150 N. American Street LLC</u>

_____ Principal

BY: _____

BOBBY CONDON
EXECUTIVE VICE PRESIDENT - North America

Great American Insurance Company

_____ Surety

BY: _____
                                    Attorney-in-Fact
William Reldinner

000291 12/00

State of ....Illinois......................

County of ..Cook.................... ss.:

Surety
Company
Acknowledgment:

        On this .16th..........day of .July...........2020.., before me personally appeared... William Reidinger..............., to be known, whom being by me duly sworn, did depose and say: that he/she resides at ..Schaumburg, IL.........................................................., that he/she is the .Attorney-In-Fact......of... Great American ............... Insurance Company..........., the corporation described in and which executed the annexed instrument; that he/she knows the corporate seal of said corporation that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; that he/she signed his/her name thereto by like order; and that the liabilities of said corporation do not exceed its assets as ascertained in the manner provided by law.

..........Thomas Green..................................
Notary Public in and for the above County and State.

My commission expires... 02/23/2023 .......................

OFFICIAL SEAL
**THOMAS GREEN**
Notary Public – State of Illinois
My Commission Expires February 23, 2023

## GREAT AMERICAN INSURANCE COMPANY®

**Administrative Office:** 301 E 4TH STREET • CINCINNATI, OHIO 45202 • 513-369-5000 • FAX 513-723-2740

The number of persons authorized by
this power of attorney is not more than    1

Bond No. 3018734

### POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:** That the GREAT AMERICAN INSURANCE COMPANY, a corporation organized and existing under and by virtue of the laws of the State of Ohio, does hereby nominate, constitute and appoint the person or persons named below its true and lawful attorney-in-fact, for it and in its name, place and stead to execute on behalf of the said Company, as surety, the specific bond, undertaking or contract of suretyship referenced herein; provided that the liability of the said Company on any such bond, undertaking or contract of suretyship executed under this authority shall not exceed the limit stated below. The bond number on this Power of Attorney must match the bond number on the bond to which it is attached or it is invalid.

| Name | Address | Limit of Power |
|---|---|---|
| William Reidinger | 20 N Martingale Rd, Suite 100<br>Schaumburg, IL  60173 | $100,000,000.00 |

**Principal:** Medici 1150 N. American Street, LLC
**Obligee:** B.S. Ingersoll, LLC

IN WITNESS WHEREOF the GREAT AMERICAN INSURANCE COMPANY has caused these presents to be signed and attested by its appropriate officers and its corporate seal hereunto affixed this  16th  day of  July, 2020.

Attest



Assistant Secretary

GREAT AMERICAN INSURANCE COMPANY

*Mark V Vicario*

Divisional Senior Vice President

MARK VICARIO (877-377-2405)

STATE OF OHIO, COUNTY OF HAMILTON - ss:

On this    16th    day of    July    , 2020  , before me personally appeared MARK VICARIO, to me known, being duly sworn, deposes and says that he resides in Cincinnati, Ohio, that he is a Divisional Senior Vice President of the Bond Division of Great American Insurance Company, the Company described in and which executed the above instrument; that he knows the seal of the said Company; that the seal affixed to the said instrument is such corporate seal; that it was so affixed by authority of his office under the By-Laws of said Company, and that he signed his name thereto by like authority.



SUSAN A KOHORST
Notary Public
State of Ohio
My Comm. Expires
May 18, 2025

*Susan A Kohorst*

This Power of Attorney is granted by authority of the following resolutions adopted by the Board of Directors of Great American Insurance Company by unanimous written consent dated June 9, 2008.

*RESOLVED: That the Divisional President, the several Divisional Senior Vice Presidents, Divisional Vice Presidents and Divisional Assistant Vice Presidents, or any one of them, be and hereby is authorized, from time to time, to appoint one or more Attorneys-in-Fact to execute on behalf of the Company, as surety, any and all bonds, undertakings and contracts of suretyship, or other written obligations in the nature thereof; to prescribe their respective duties and the respective limits of their authority; and to revoke any such appointment at any time.*

*RESOLVED FURTHER: That the Company seal and the signature of any of the aforesaid officers and any Secretary or Assistant Secretary of the Company may be affixed by facsimile to any power of attorney or certificate of either given for the execution of any bond, undertaking, contract of suretyship, or other written obligation in the nature thereof, such signature and seal when so used being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.*

### CERTIFICATION

I, STEPHEN C. BERAHA, Assistant Secretary of Great American Insurance Company, do hereby certify that the foregoing Power of Attorney and the Resolutions of the Board of Directors of June 9, 2008 have not been revoked and are now in full force and effect.

Signed and sealed this  16th day of  July, 2020.



Assistant Secretary

S1849E (05/20)