# Exhibit D



# OBERMAYER

**Edmond M. George, Esquire**
Direct Dial: (215) 665-3140
edmond.george@obermayer.com
www.obermayer.com

Obermayer Rebmann Maxwell & Hippel LLP
Attorneys At Law
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
P (215) 665-3000
F (215) 665-3165

February 11, 2021

**VIA FEDERAL EXPRESS NEXT DAY MAIL**
Great American Insurance Company
Attn: Bond Claims Department
301 East Fourth Street
24th Floor
Cincinnati, OH 45202

    RE: **Lease Bond Number 3018734**
          **Principal: Medici 1150 N. American Street LLC**
          **Surety and Primary Obligor: Great American Insurance Company**
          **Obligee: B.S. Ingersoll, LLC**

Dear Sir or Madam:

    This firm represents B.S. Ingersoll, LLC ("Ingersoll") in connection with Lease Bond Number 3018734 (the "Bond"). For your convenience, a copy of the Bond is attached hereto as **Exhibit "A"**. Great American Insurance Company is the Surety and Primary Obligor on the Bond.

    On November 12, 2018, Ingersoll and Medici 1150 N. American Street LLC ("Medici") entered into a Lease Agreement (as amended, the "Lease Agreement"). A copy of the Lease Agreement is attached hereto as **Exhibit "B"**. The Lease Agreement is secured by the Bond up to and including Five Hundred and Fifty Thousand and 00/100 dollars ($550,000.00).

    On January 15, 2021, Medici and its Affiliates filed a voluntary petition for relief pursuant to Chapter 7 of the United States Bankruptcy Code (the "Petition"), 11 U.S.C. §§ 101, *et seq.*, in the Southern District of New York. A copy of the Petition is attached hereto as **Exhibit "C"**. Ingersoll understands the Chapter 7 Trustee will not be administering the Lease Agreement. The filing of the Petition, *inter alia*, is an event of default under Section 20 of the Lease Agreement.

Ingersoll hereby gives notice and expressly declares, that the Principal on the Bond, Medici, is in default under the Lease Agreement. Again, the Lease Agreement is secured by the Bond up to and including Five Hundred and Fifty Thousand and 00/100 dollars ($550,000.00).

Please contact the undersigned if you have any questions or need additional information. Further, if anything is required in order to process the claim, please contact the undersigned immediately. All rights and remedies of Ingersoll are hereby reserved.

Very truly yours,

Edmond M. George, Esquire

EMG/hcb

Enclosures

cc: William V. McGroarty, Esquire (via electronic mail: wmcgroarty@vbc.co)
David Nasatir, Esquire (via electronic mail: david.nasatir@obermayer.com)
Gary F. Herbst, Esquire (via electronic mail: gfh@lhmlawfirm.com)