# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **B.S. INGERSOLL, LLC,**<br>A PENNSYLVANIA LIMITED LIABILITY COMPANY<br><br>            **Plaintiff,**<br><br>      v.<br><br>**GREAT AMERICAN INSURANCE COMPANY,**<br>AN OHIO CORPORATION,<br><br>            **Defendant.** | :<br>:<br>:<br>:<br>:<br>:   **Civ No. : 22-cv-00771**<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DISCLOSURE STATEMENT FORM

Please check one box:

☒  The nongovernmental corporate party, <u>B.S. Ingersoll, LLC,</u> in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

**OR**

☐  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

                                              Respectfully submitted,

Dated: March 2, 2022             By: <u>*/s/ Michael D. Vagnoni*</u>
                                                    Michael D. Vagnoni, Esquire (PA Bar I.D. 78374)
                                                    OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                                    Centre Square West – 34th Floor
                                                    1500 Market Street
                                                    Philadelphia, PA  19102
                                                    Phone – (215) 665-3066
                                                    E-mail – michael.vagnoni@obermayer.com
                                                    Attorneys for B.S. Ingersoll, LLC

4875-9943-7585 v1