IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, T. Scott Leo, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b).

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Jurisdiction | Admission Date | Bar I.D. Number |
|---|---|---|
| Illinois | October 29, 1980 | 3127352 |
| Wisconsin | August 31, 2012 | 1089980 |

B. I state that I am currently admitted to practice in the following state jurisdictions:

| Jurisdiction | Admission Date | Bar I.D. Number |
|---|---|---|
| U.S. District Court, Northern Illinois | 1980 | N/A |
| U.S. District Court, Central Illinois | 1992 | N/A |
| U.S. Court of Appeals, Seventh Circuit | 1991 | N/A |
| U.S. Court of Appeals, Second Circuit | October 25, 2013 | N/A |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Defendant Great American Insurance Company.

April 25, 2022
Date

Applicant Signature

| Name of Applicant's Firm | The Law Offices of T. Scott Leo, P.C. |
|---|---|
| Address | 100 N. LaSalle Street, Suite 514, Chicago, IL 60602 |
| Telephone Number | 312-857-0910 |
| Email Address | sleo@leolawpc.com |

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of T. Scott Leo to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b) and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

/s/ Amy E. Bentz
Amy E. Bentz, Esquire
PA Bar I.D. #
Date of Admission:

| Name of Sponsor's Firm | Bentz Law Firm, P.C. |
|---|---|
| Address | 680 Washington Rd., Suite 200, Pittsburgh, PA 15232 |
| Telephone Number | 412-563-4500 |
| Email Address | aebentz@bentzlaw.com |

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 29, 2022            /s/ Amy E. Bentz
                                Amy E. Bentz

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B.S. INGERSOLL, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY, AN OHIO CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>) Civ. No. 22-00771<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of T. Scott Leo, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Michael D. Vagnoni, Esquire
Obermayer, Rebmann, Maxwell & Hippel, LLP
One Penn Center
1617 John F. Kennedy Blvd., 19th Floor
Philadelphia, Pennsylvania 19103

/s/ Amy E. Bentz
Amy. E. Bentz
PA I.D. 52691

*BENTZ LAW FIRM, P.C.*
The Washington Center Building
680 Washington Road, Suite 200
Pittsburgh, PA 15228
Tel: (412) 563-4500
Fax: (412) 563-4480
aebentz@bentzlaw.com

*Counsel for Great American Insurance Company, Defendant*