IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| B.S. INGERSOLL, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 22-00771 |
| v. | ) ) | |
| GREAT AMERICAN INSURANCE COMPANY, AN OHIO CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2022, it is hereby ORDERED that the application of T. Scott Leo, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is granted.

_____,J.