IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **B.S. INGERSOLL, LLC,**<br>**A PENNSYLVANIA LIMITED LIABILITY**<br>**COMPANY,** | :<br>:<br>:<br>: |
| **Plaintiff,** | :<br>:   Civ No. 2:22-cv-00771 |
| v. | :<br>: |
| **GREAT AMERICAN INSURANCE**<br>**COMPANY, AN OHIO CORPORATION,** | :<br>:<br>: |
| **Defendant.** | : |

### DEFENDANT GREAT AMERICAN INSURANCE COMPANY'S RULE 12(B)(6) MOTION TO DISMISS

Defendant Great American Insurance Company, by its undersigned attorneys, in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure moves to dismiss the Complaint of Plaintiff B.S. Ingersoll, LLC for failure to bring suit within the suit limitation period in the bond that is the subject matter of the Complaint. In support of this Motion, Great American Insurance Company submits the accompanying Brief.

Respectfully submitted,

**GREAT AMERICAN INSURANCE COMPANY**

/s/ T. Scott Leo
T. Scott Leo (admitted pro hac vice)
The Law Offices of T. Scott Leo, P.C.
100 North LaSalle Street, Suite 514
Chicago, IL 60602
(312)857-0910
sleo@leolawpc.com

and

/s/ Amy E. Bentz
Amy E. Bentz
PA Bar I.D. 52691

*BENTZ LAW FIRM, P.C.*
The Washington Center Building
680 Washington Road, Suite 200
Pittsburgh, PA 15228
Tel: (412) 563-4500
Fax: (412) 563-4480
aebentz@bentzlaw.com

Dated: May 25, 2022

*Counsel for Defendant, Great American Insurance Company*