IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B.S. INGERSOLL, LLC,<br>A PENNSYLVANIA LIMITED LIABILITY COMPANY,<br><br>                    Plaintiff,<br><br>                v.<br><br>GREAT AMERICAN INSURANCE COMPANY, AN OHIO CORPORATION,<br><br>                  Defendant. | Civ No. 2:22-cv-00771 |

## ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of Defendant Great American Insurance Company's Motion to Dismiss Plaintiff B.S. Ingersoll, LLC's Complaint, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is granted and that the Plaintiff's Complaint is dismissed with prejudice.

                                            BY THE COURT

                                            _____
                                            United States District Judge