IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **B.S. INGERSOLL, LLC,**<br>A PENNSYLVANIA LIMITED LIABILITY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>**GREAT AMERICAN INSURANCE COMPANY,**<br>AN OHIO CORPORATION,<br><br>Defendant. | Civ No. 22-cv-00771 |

## STIPULATION EXTENDING TIME TO RESPOND

**PLEASE TAKE NOTICE** that it is hereby stipulated and agreed by and between counsel for B.S. Ingersoll, LLC (the "Plaintiff") and counsel for Great American Insurance Company (the "Defendant"), having received good and proper service of Defendant's Rule 12(B)(6) Motion to Dismiss (DI #7) (the "Motion") that the deadline for Plaintiff to respond to Defendant's Motion is extended to June 23, 2022.

| | |
|---|---|
| /s/ Michael D. Vagnoni<br>Michael D. Vagnoni, Esquire<br>OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>Centre Square West – 34th Floor<br>1500 Market Street<br>Philadelphia, PA 19102<br>Phone – (215) 665-3066<br>E-mail – michael.vagnoni@obermayer.com<br>*Attorneys for B.S. Ingersoll, LLC* | /s/ T. Scott Leo<br>T. Scott Leo, Esquire (pro hac vice)<br>THE LAW OFFICES OF T. SCOTT LEO, P.C.<br>100 North LaSalle Street, Suite 514<br>Chicago, IL 60602<br>Phone – (312) 857-0910<br>E-mail – sleo@leolawpc.com<br>*Attorneys for Great American Insurance Company* |