## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June 2023, I caused the foregoing Plaintiff, B.S. Ingersoll, LLC, Motion to File Sur-Reply and accompanying Sur-Reply to be served via ECF filing, electronic mail, and/or first-class mail, on the following:

T. Scott Leo, Esquire
Law Offices of T. Scott Leo, P.C.
100 N. LaSalle Street, Unit 514
Chicago, IL 60602
sleo@leolawpc.com
*Attorney for Great American Insurance Company*

*/s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire

4870-6153-2776 v1