IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B.S. INGERSOLL, LLC,<br>A PENNSYLVANIA LIMITED LIABILITY<br>COMPANY<br><br>        Plaintiff,<br><br>        v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br>AN OHIO CORPORATION,<br><br>        Defendant. | Civ No. 2:22-cv-00771 |

## ORDER

On this 27th day of June, 2023, upon consideration of the Motion for Leave to File Sur-Reply in Opposition to Defendant, Great American Insurance Company's, Reply in Support of its Rule 12(b)(6) Motion To Dismiss, it is hereby ORDERED that the Motion is GRANTED and Plaintiff has leave to file its Sur-Reply.

BY THE COURT

_____
United States District Judge

4870-6153-2776 v1