IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| B.S. INGERSOLL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GREAT AMERICAN INSURANCE CO. | : | NO. 22-771 |

# ORDER

**AND NOW**, this 13th day of November 2023, upon consideration of Defendant's Motion to Dismiss the First Amended Complaint (Docket No. 17), all documents filed in connection therewith, and the Oral Argument held on September 28, 2023, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.